Eastern District of Kentucky
FILED

AUG 12 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                                    INFORMATION NO. 6:24-cr-047-REW
                                                      18 U.S.C. § 242

SHAWN K. CURRY

\* \* \* \* \*

THE UNITED STATES ATTORNEY CHARGES:

On or about September 3, 2021, in Clay County, in the Eastern District of Kentucky, the defendant,

**SHAWN K. CURRY**,

while acting under color of law as a Manchester Police Department officer, willfully deprived B.B. of the right, secured and protected by the Constitution and laws of the United States, to be free from an unreasonable seizure, which includes the right to be free from the use of unreasonable force by a police officer. Specifically, the defendant repeatedly struck B.B. in the head without legal justification. This offense resulted in bodily injury to B.B., all in violation of 18 U.S.C. § 242.

DATED: June 6, 2024, at Lexington, Kentucky.

_____
CARLTON S. SHIER IV
UNITED STATES ATTORNEY

## PENALTIES

Not more than 10 years imprisonment, $250,000 fine, and 3 years of supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.