# DRAFT KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

| AGENCY ORI/NAME | 0260100 MANCHESTER POLICE DEPARTMENT | | INCIDENT NUMBER | KY 22-MPD-005 |
|---|---|---|---|---|

### ADMINISTRATIVE

| INCIDENT DATE/TIME | EXACT / ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
|---|---|---|---|---|---|---|
| 9/3/2021 21:47 TO 9/3/2021 23:26 | ESTIMATE | 9/3/2021 | 21:47 | 21:47 | 21:48 | 23:26 |

REPORTED BY: BRUMLEY, BENJAMIN    HOW REPORTED: PHONE

LICENSE/ID STATE:    LICENSE/ID NUMBER:
ADDRESS:
CITY:    STATE:    ZIP CODE:    PHONE NUMBER:

**EXACT LOCATION OF OFFENSE**
- ADDRESS: US421 S / S US421
- CITY: MANCHESTER    STATE: KY    ZIP CODE: 40962
- COUNTY: CLAY    LATITUDE: 37 DEG 7.605 MIN    LONGITUDE: 83 DEG 45.088 MIN
- SECTOR NO:

### OFFENSE DATA

**SEQUENCE # 1 OF 3**
- LOCATION TYPE: GAMBLING FACILITY, CASINO, RACE TRACK
- OFFENSE DESCRIPTION: DISORDERLY CONDUCT, 2ND DEGREE
- OFFENSE CODE: 02371   ASCF CODE: 0   KRS CODE: 525.060   CLASS: B   DEGREE: M   COUNTS: 1
- BIAS MOTIVATION: NONE (NO BIAS)   METHOD ENTRY:   NUMBER PREMISES: 0
- SCHOOL NAME:   SCHOOL TYPE:   CAMPUS?:
- OFFENDER SUSPECTED OF USING: NOT APPLICABLE   COURT ORDER TYPE:

**SEQUENCE # 2 OF 3**
- LOCATION TYPE: GAMBLING FACILITY, CASINO, RACE TRACK
- OFFENSE DESCRIPTION: MENACING
- OFFENSE CODE: 00803   ASCF CODE: 0   KRS CODE: 508.050   CLASS: B   DEGREE: M   COUNTS: 1
- BIAS MOTIVATION: NONE (NO BIAS)   METHOD ENTRY:   NUMBER PREMISES: 0
- SCHOOL NAME:   SCHOOL TYPE:   CAMPUS?:
- OFFENDER SUSPECTED OF USING: NOT APPLICABLE   COURT ORDER TYPE:

**SEQUENCE # 3 OF 3**
- LOCATION TYPE: GAMBLING FACILITY, CASINO, RACE TRACK
- OFFENSE DESCRIPTION: RESISTING ARREST
- OFFENSE CODE: 02404   ASCF CODE: 0   KRS CODE: 520.090   CLASS: A   DEGREE: M   COUNTS: 1
- BIAS MOTIVATION: NONE (NO BIAS)   METHOD ENTRY:   NUMBER PREMISES: 0
- SCHOOL NAME:   SCHOOL TYPE:   CAMPUS?:
- OFFENDER SUSPECTED OF USING: NOT APPLICABLE   COURT ORDER TYPE:

### PROPERTY DATA

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|
| | | | | | | |

PROPERTY DESCRIPTION:
OWNER APPLED NUMBER:    SERIAL NUMBER:
MAKE:    MODEL:    OWNER:

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|
| | | | | | | |

PROPERTY DESCRIPTION:
OWNER APPLED NUMBER:    SERIAL NUMBER:
MAKE:    MODEL:    OWNER:

TOTAL STOLEN VALUE:    TOTAL RECOVERED VALUE:    TOTAL VEHICLES STOLEN:    TOTAL VEHICLES RECOVERED:

### STATUS

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| OPEN | | SUMMONED/CITED | | | ☐ YES |

| ORIGINATING OFFICER | ASSIGNED TO | UNIT/BADGE # | REVIEWED BY | SUPPLEMENTED BY |
|---|---|---|---|---|
| Curry, Shawn | Curry, Shawn | 112 | | |

USA-00000036

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

**DRAFT**

### VICTIM DATA

- VICTIM SEQUENCE: 1 of 2
- VICTIM NAME: COMMONWEALTH OF KENTUCKY
- PHONE:
- LICENSE/ID STATE:
- LICENSE/ID NUMBER:
- ADDRESS: (Address Unknown)
- VICTIM TYPE: SOCIETY/PUBLIC
- CITY:
- STATE:
- ZIP CODE:
- KY RESIDENT:
- DATE OF BIRTH:
- SSN:
- HEIGHT:
- WEIGHT:
- EYE COLOR:
- HAIR COLOR:
- GENDER:
- RACE:
- ETHNIC ORIGIN:
- PEACE OFFICER?: ☐ YES
- VICTIM OF OFFENSE(S): 02371, 02404
- AGG ASSAULT/ HOMICIDE CIRC:
- ADDTL JUSTIFIABLE HOMICIDE CIRC:
- LEOKA ASSIGNMENT:
- LEOKA ACTIVITY:

### ARRESTEE / SUSPECT DATA

- SUSPECT SEQ. #: 1 of 1
- NAME: BRUMLEY, BENJAMIN
- ALIAS:
- ARRESTED?: ☐ YES
- ARREST DATE:
- LICENSE/ID STATE: KY
- LICENSE/ID NUMBER: B01624049
- ADDRESS: Redacted
- CITY: MANCHESTER
- STATE: KY
- ZIP CODE: 40962
- DATE OF BIRTH: Redacted /1984
- PHONE:
- KY RESIDENT: RESIDENT
- SSN: Redacted
- SEX: MALE
- RACE: WHITE
- ETHNIC ORIGIN: NOT HISPANIC
- HEIGHT: 5' 04"
- WEIGHT: 120 lbs
- EYE COLOR: GREEN
- HAIR COLOR: BLACK
- ARRESTEE SEQ. #: of
- MULTIPLE ARREST IND.:
- ARREST TYPE:
- RELATED CITATION NUMBERS: 1, 2, 3, 4, 5, 6, 7, 8, 9
- ARRESTEE ARMED WITH:

### ARRESTEE / SUSPECT DATA (2)

- SUSPECT SEQ. #: of
- NAME:
- ALIAS:
- ARRESTED?: ☐ YES
- ARREST DATE:
- LICENSE/ID STATE:
- LICENSE/ID NUMBER:
- ADDRESS:
- CITY:
- STATE:
- ZIP CODE:
- DATE OF BIRTH:
- PHONE:
- KY RESIDENT:
- SSN:
- SEX:
- RACE:
- ETHNIC ORIGIN:
- HEIGHT:
- WEIGHT:
- EYE COLOR:
- HAIR COLOR:
- ARRESTEE SEQ. #: of
- MULTIPLE ARREST IND.:
- ARREST TYPE:
- RELATED CITATION NUMBERS: 1, 2, 3, 4, 5, 6, 7, 8, 9
- ARRESTEE ARMED WITH:

### WITNESS / OTHER

- WITNESS/OTHER SEQ: of
- WITNESS/OTHER NAME:
- PHONE:
- LICENSE/ID STATE:
- LICENSE/ID NUMBER:
- ADDRESS:
- DATE OF BIRTH:
- CITY:
- STATE:
- ZIP CODE:
- SSN:

# KYIBRS REPORT: VICTIM SUPPLEMENT
## COMMONWEALTH OF KENTUCKY

**DRAFT**

| VICTIM SEQUENCE | VICTIM NAME | PHONE |
|---|---|---|
| 2 of 2 | CURRY, SHAWN | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|
| ☐ Address Unknown  ADDRESS: | | | VICTIM TYPE: **INDIVIDUAL** |
| CITY: **MANCHESTER** | STATE: **KY** | ZIP CODE: **40962** | KY RESIDENT: **RESIDENT** |

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|
| Redacted 1988 | | | | | |

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| MALE | WHITE | NOT HISPANIC | ☑ YES |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| 1 | 1 | STRANGER | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 00803 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|
| ONE-MAN VEHICLE ALONE | RESPONDING TO DISTURBANCE CALLS |

---

| VICTIM SEQUENCE | VICTIM NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|
| ☐ Address Unknown  ADDRESS: | | | VICTIM TYPE: |
| CITY: | STATE: | ZIP CODE: | KY RESIDENT: |

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|
| | | | | | |

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| | | | ☐ YES |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|
| | |

## KYIBRS REPORT: NARRATIVE
### COMMONWEALTH OF KENTUCKY

**DRAFT**

### SYNOPSIS:

I received a complaint through Clay County 911, of male subjects fighting inside illegal gambling room.

### INVESTIGATION:

On 09/03/2021 at approximately 2147 hrs, I along with Officer Derick Carr of Manchester Police Dept and Trooper Aaron Peace of the KSP, received a Complaint of multiple male subjects fighting inside a game room in Clay County Ky. I arrived on scene, along with officer Carr, observed the door to the game room was half open and I could hear people screaming and yelling for help inside. I along with officer Carr, Made entry into the game, at this time I observed Benjamin Brumley running at me with a broken pool cue, in his right hand ready to swing, I at this time deployed my taser, taser deployment with successful. While Brumley was lying on the ground I had to give him multiple verbal command to put his hands behind his back. Brumley finally complied witht he verbal commands and handcuffs were applied at this time.

After an investigation on scene, it was determined that Brumley was running away from another subject that he was fighting with. Brumley was not arrested but was issued a citation for resisting arrest, disorderly conduct and menacing.

### ATTACHMENTS:

### METHODS OF OPERATION: