# CALL RESPONSE RUN REPORT
## COMMONWEALTH OF KENTUCKY

| AGENCY ORI/NAME: | 0260100 MANCHESTER POLICE DEPARTMENT | | CALL/CAD EVENT NUMBER: | 22-MPD-004 | |
|---|---|---|---|---|---|
| REPORTING OFFICER | | BADGE/I.D. # | BEAT/POST | REVIEWED BY | |
| Jordan, Gary | | 106 | PATROL | | |
| CALL TYPE | | CALL TYPE OTHER | | FATALITY? | REPORTED BY |
| FIGHT CALL | | | | | INVOLVED PERSON |
| LOCAL ORDINANCE VIOLATION | | | | LOCATION TYPE | |
| | | | | OTHER, UNKNOWN | |

| INCIDENT DATE | INCIDENT TIME | DAY OF WEEK | EXACT/ESTIMATE | TIME RECEIVED | TIME DISPATCHED | TIME ARRIVED | TIME CLEARED |
|---|---|---|---|---|---|---|---|
| 12/6/2021 21:48 | 21:48 | Monday | ESTIMATE | 21:48 | 21:48 | 21:48 | |

| EXACT LOCATION OF INCIDENT | BRUMLEY POOL HALL | | | | | |
|---|---|---|---|---|---|---|
| | ADDRESS: 2535 S US421 | | | | | |
| | CITY: MANCHESTER | | | STATE: KY | ZIP CODE: | 40962 |
| | COUNTY: CLAY | | LATITUDE: 37 DEG | 7.629 MIN | LONGITUDE: 83 DEG | 45.126 MIN |
| | IN CITY LIMITS: NO | MILES FROM CITY: 1 MILES S | | | | |
| LOCAL CITATION NUMBERS: | P485747 | | DT92940 | | | |

| PERSON SEQUENCE | PERSON TYPE | | | | |
|---|---|---|---|---|---|
| 1 of 11 | Reported By, Victim | | | | |
| INVOLVED PERSON NAME: | BRUMLEY, BENJAMIN | | | PHONE: | |
| ADDRESS: Redacted | | | | | |
| CITY: MANCHESTER | | STATE: KY | ZIP CODE: 40962 | SSN: Redacted | |
| DATE OF BIRTH: Redacted /1984 | SEX: MALE | ETHNIC ORIGIN: NOT HISPANIC | RACE: WHITE | | |
| PERSON SEQUENCE | PERSON TYPE | | | | |
| 2 of 11 | Victim | | | | |
| INVOLVED PERSON NAME: | BUTTERY, BILLY A. | | | PHONE: | |
| ADDRESS: Redacted | | | | | |
| CITY: MANCHESTER | | STATE: KY | ZIP CODE: 40962 | SSN: Redacted | |
| DATE OF BIRTH: Redacted /1999 | SEX: MALE | ETHNIC ORIGIN: NOT HISPANIC | RACE: WHITE | | |

## NARRATIVE
## Officer involved Use of Force investigation

### BACKGROUND

On January 06, 2022, Manchester Police Department (MPD) Detective Gary Jordan was asked to investigate an incident that occurred on September 03, 2021. The incident started as a call for service to the Clay County 911 Dispatch Center for an intoxicated male subject screaming and bleeding from his mouth around the time of 2147 hours. The male subject was described to have a blue shirt on and tan shorts.

MPD officers Derick Carr and Shawn Curry responded to the intoxicated male subject at Brumley's pool hall located at 2535 South Highway 421 in Manchester, Kentucky. MPD Ofc. Carr and Curry were

# CALL RESPONSE RUN REPORT
## COMMONWEALTH OF KENTUCKY

assisting Kentucky State Police (KSP) Trooper Aaron Peace. According to the Clay County 911 Dispatch D, MPD Units on scene requested dispatch notify supervisors due to a use of force and taser deployment. The supervisor on shift during this incident was MPD Sergeant (SGT) Jeff Couch. I requested Sgt. Couch complete a Supervisors Use of Force (UOF) memo over the incident he investigated that night.

## SUPERVISORS USE OF FORCE REPORT

The following is a summary of the information SGT Couch provided:

"On 9-3-2021 I Sgt Jeff Couch was contacted by Clay Co 911 Dispatch to respond to a game room on Garrard in reference to use of force and taser deployment by 2 of the on-duty Manchester Police Officers around 2154 hours. I left my home and arrived at the game room around 2200 hours. Upon arrival I first encountered Officer Shawn Curry who advised me that an altercation had occurred between the game room owner, Benjamin Brumley and a Billy Austin Buttery. I observed Clay Co Ems there on scene and had a male subject on a stretcher getting ready to load him into the ambulance. The male subject was Billy Austin Buttery. I approached Mr. Buttery and noticed he was bleeding from his head area. I asked him what had happened and told me "God told me to kill all you motherfuckers." I then asked Officer Curry to explain to me what had happened and he advised me that he and Officer Derrick Carr had responded to the game room on a fight complaint to assist the KSP and when they entered the game room there was two subjects running around a pool table and fighting and the owner, Benjamin Brumley started approaching Officer Curry with a Pool stick in his hand and Officer Curry gave him several commands to drop the pool stick and he didn't so Officer Curry deployed his taser on Brumley. I spoke to Benjamin Brumley and he advised me that Austin Buttery entered the game room very intoxicated and started assaulting him while he was trying to call 911   he advised me that he and another male subject was trying to stop Buttery from assaulting him and Brumley got a pool stick and started hitting Buttery across the head and face and body with it to get Buttery to stop assaulting him. He said that when Officers Curry and Carr entered the game room that he did walk toward Curry and should of dropped the pool stick but didn't think of it and that's when Officer Curry tased him and restrained him. Benjamin Brumley advised me that had video of the incident and let me watch some of it. I observed Buttery entering the game room and cussing and yelling saying God told him to come in there and when Brumley was on the phone with 911 Buttery started slapping Brumley in the head. Brumley hung up the phone and ran to retrieve a pool stick and he and another male subject started hitting Buttery with the

**CALL RESPONSE RUN REPORT**
**COMMONWEALTH OF KENTUCKY**

pool stick several times. Buttery still chased Brumley into a front room and around a pool table when Officers Carr and Curry entered the room Buttery ran into a back room and Brumley started walking toward Officer Curry with the pool stick in hand and after several command to drop the pool stick did not work Officer Curry tased and restrained Brumley. I observed KSP Trooper Peace then enter the pool room and go into the back room where Buttery and Officer Carr had went.

I advised Officer Curry to arrest or cite Benjamin Brumley in court for resisting arrest and disorderly conduct. To my Knowledge Curry cited Brumley in court for those charges. And I also advised Officer Curry to do a use of force report on this incident.

The other subject, Billy Buttery was transported to the Advent Health Care for treatment and later arrested by KSP Officer Peace. Billy Buttery seemed to me to be under the influence of substances such as Flaco or PCP by his actions and statement to me that night. I have never observed the video of the arrest of Buttery by Trooper Peace as of this date."

## OFFICER STATEMENTS

Det. Jordan also requested memo's from MPD Officers Carr and Curry, the following is a summary of Officer Carr's Memo:

"On 09/03/2021 at the approximate hours of 2145, I Officer Carr was dispatched to an active fight complaint on US South 421 at Brumley's Game room. Upon arrival myself and Officer Curry could hear screaming coming from inside the building where the entrance door was halfway open. I made entry inside the building and witnessed the suspect "Billy Buttery" in pursuit of an individual with a pool cue in his hand. I gave Buttery commands to stop where he did not comply I then deployed my taser and it was effective to stop Buttery in pursuit. I then gave Buttery commands to stop resisting and he did not comply. Buttery then made it to his feet where he lunged at Trooper Peace, I then grabbed Buttery by his ankles and pulled him away from Peace. Buttery then made it to his feet again where Trooper Peace while giving verbal commands to stop resisting deployed his taser. Buttery then crawled into another room of the building where he continued to resist and not comply with lawful commands. Buttery then made it to his feet once again and lunged towards Trooper peace where I then grabbed Buttery and lifted him off the ground and placed him on his back where he continued to resist. Buttery then rolled over to his stomach and place is hands under himself. I then used the minimal force necessary to gain control of Buttery's left arm where I was able to place his left hand in a cuff. After a brief struggle Officer Curry was able to

## CALL RESPONSE RUN REPORT
### COMMONWEALTH OF KENTUCKY

remove his right arm from beneath Buttery where I was able to apply the other cuff. After buttery was secured in cuffs and officer safety was established EMS was contacted and arrived on scene. EMS removed the prongs from Buttery while Buttery was still actively aggressive. Buttery was transported to Advent Health Manchester with no further injury to incident."

The following is a summary of the Officer Curry's Memo:

"On 09/03/2021 at approximately 2147 hrs, I along with Officer Derick Carr of the Manchester Police Dept and Trooper Aaron Peace of the KSP, received a complaint of multiple male subjects fighting inside a game room in Clay County KY. I arrived on scene, along with Officer Carr, observed the door to the game room was half open and I could hear people screaming and yelling for help inside. I along with Officer Carr, made entry into the game, at this time I observed Benjamin Brumley running at me with a broken pool cue, in his right hand ready to swing. I at this time deployed my taser, taser deployment was successful. While Brumley was lying on the ground I had to give multiple verbal command to put his hands behind his back.

After an investigation on scene, it was determined that Brumley was running away from another subject that he was fighting with. Brumley was not arrested but was issued a citation for resisting arrest, disorderly conduct, and menacing."

Det. Jordan is aware of Officers Curry and Carr being certified to carry and deploy a taser from being present during the certification process. Det. Jordan was not able to obtain a copy of these certifications from the Clay County Sheriff's Office (CCSO) due to inclement weather and scheduling issues. Det. Jordan did review the Taser UOF reports for supplied by MPD Officers Curry and Carr. Officer Curry's UOF report accurately depicted what was mentioned in his memo, showing one cartridge fired and one cycle applied, stating no further applications of the taser was needed. Officer Carr's Taser UOF report showed him to have fired one cartridge and one cycle applied, Officer Carr did whoever state the use of additional applications of the Taser was needed. Officer Carr's Taser UOF report also stated the subject's demeanor after the taser device was used. Officer Carr stated the male subject (Buttery) was still actively aggressive, non-compliant, and trying to fight/harm himself and other officers.

### WITNESS STATEMENTS

From reviewing Clay County 911 Dispatch's CAD, as well as security footage of the event, Det. Jordan discovered there to be numerous witnesses to the incident. Det. Jordan attempted to located and

**CALL RESPONSE RUN REPORT**
**COMMONWEALTH OF KENTUCKY**

request statements from several of these individuals. Jordan did not attempt to speak with Buttery or Brumley over the incident due to them already have been appointed council over the charges received during the event. Det. Jordan attempted to contact Lonnie Braden, the male subject who struck Buttery repeatably with a pool cue but was unsuccessful in locating him. Det. Jordan requested statements from CCSO Deputies Jared Smith and Koty Arnold.

The Following is a summary of Deputy Smith's Statement:

"On September 3rd, 2021, a call for service was given out by Clay County 911 of a fight taking place at the game room on Garrard located to the left of Hotrods Service Station Manchester Ky 40962. During that time, I was recovering a stolen camper on Hwy 149 Manchester Ky 40962. Upon my arrival MPD officers Shawn Curry and Derrick Carr along with Kentucky State Police officer Aaron Peace was on scene. Upon entering the premises, I observed a male subject identified as Ben Brumley detained in the main hall of the room. Upon entering the small chamber of the building located in the back, I observed another male subject with the last name of Buttery detained with what appeared to be a laceration to the face. Buttery appeared to be very animated and out of control even while detained. At that time Deputy Coty Arnold arrived. Arnold and I then exited the building. At that time EMS arrived and transported Buttery to Advent Health Manchester."

The following is a summary or Deputy Arnold's statement:

"Recieved a call on September 23, 2021 a call was given out by clay 911 of a fight at the game room on Garrard located to the left of hotrods, during that time I was at the court house looking at the leak, upon arrival MPD officers S. Curry and D. Carr and KSP trooper A. Peace and deputy J. Smith was on scene, Upon entry I observed a male subject identified as Ben Brumley detained in the front room and another male in the back of the building identified as Buttery, Buttery appeared to be extremely under the influence and with a laceration on his face. Myself and Deputy Smith then exited the building when EMS arrived and transported Buttery to Advent health Manchester."

Deputy Smith, during his patrol shift, was accompanied by Ethan Ledford for a ride-a-long experience. According to the security footage Ledford made entered Brumley's Game room with Deputy Smith. Det. Jordan requested Ledford submit a statement to anything he seen or heard while on scene.

The following is a summary of the statement Ledford provided:

"On September 3rd, 2021 while riding along with Clay County Sheriff's Office Deputy Jared Smith, we were on Highway 149 recovering a stolen camper. We were then dispatched by Clay County 911 dispatch

| Page 5 of 12 | Incident Number: 22-MPD-004 | Agency ORI: 0260100 | Badge #: 106 |

USA-00000013

CALL RESPONSE RUN REPORT
COMMONWEALTH OF KENTUCKY

to the Game Room on Garrard for a possible fight. Upon arrival, Officer Shawn Curry and Officer Derrick Car were on scene. When I entered the building it appeared that both subjects had been placed in handcuffs. While inside, I was told by Kentucky State Police Trooper Aaron Peace to watch one of the subjects Benjamin Brumley. Trooper Aaron Peace then told me to remove the taser prongs from Benjamin Brumley. After doing so, Officer Ryan Jackson with the Manchester Police Department advised me to exit the building. I then left the building and remained outside next to a Police Cruiser until the scene was cleared."

Det. Jordan discovered via Clay County 911 Dispatch's CAD that MPD K9 Officer Ryan Jackson was also dispatched and arrived on scene. Det. Jordan requested a statement over K9 Officer Jackson's knowledge of the event, the following is a summary of K9 Officer Jackson's statement:

" On September, 3rd 2021, I was notified by Clay County 911 that Manchester Police Dept units and Kentucky State Police had a male subject actively resisting at a game room on U.S. Highway 421 South. Upon arrival, I noticed 2 males in custody, one being a Benjamin Brumley and the other a Billy Austin Buttery. Buttery was screaming and cursing officers. Brumley was also screaming at officers. Clay County EMS arrived on scene to assist with Buttery. While trying to attempt to take Buttery to the ambulance he could not walk so he had to be carried out to the ambulance.

Officer's reviewed the camera's and noticed that Buttery had attacked Brumley and was trying to cause harm to himself. Another male subject was on scene and tried to help Brumley and had a pool stick trying to get Buttery off of Brumley. Also reviewed on camera's Officers Curry and Car arrived on scene with Kentucky state police Trooper Aaron Peace. They gave several loud verbal commands and the taser was deployed. Officers struggled with both an was able to place both in custody. Brumley was cited and released on scene and Buttery was transported Advent health, then to the Clay County Detention Center."

EMS REPORTS AND INTERVIEWS

On January 13, 2022, Det. Jordan using Clay County Dispatch's CAD report, was able to identify the Clay County EMS Units responding to Brumley's Game room. Clay County EMS Unit 61 was the primary respondent for the request of EMS by law enforcement on scene. Det. Jordan was able to acquire a Clay County EMS run Sheet for incident number 21-3380. The Clay County EMS run sheet provided the names of the responding paramedic and EMT. The lead paramedic is shown to be Bethany Murry and the secondary EMT/ driver to be Keith Cochran. Per the Clay County EMS run sheet, it showed EMS workers

## CALL RESPONSE RUN REPORT
### COMMONWEALTH OF KENTUCKY

primary and secondary impressions of Buttery to which Altered mental status and behavioral/psychiatric episode was listed. The chief complaint was described as combative, the run sheet has the injury section listed with intentional self-harm, intentional self-harm by blunt object-other specified place. The run sheet describes Buttery's barriers of care to be uncooperative, state of emotional distress, and in the alcohol/drugs sections it lists, Drug paraphernalia at scene, Positive level known from law enforcement or hospital record. Listed on the Clay County EMS run sheet is a section labeled Narrative, Murry is listed as the narrator. The following is a summary of the narrative listed in the Clay County EMS run sheet:

"EMS unit DSP to scene for male PT tat had been tased by LE for being combative. Upon arrival PT sitting on ground under LE custody. PT admitted to using methamphetamine. PT Alert to self and hallucinogenic and very combative towards EMS and LE. EMS attempted to restrain PT for PT safety and crew safety. In attempt to safely restrain PD dud to PT being combative the taser barb in PT ABD became dislodged. No bleeding noted at site. PT had been in an altercation with LE and owner of Game room PTA of EMS and sustained injuries. PT Pupils perrla. PT has bruising to face and forehead PT has approx.. 1 inch laceration above left eyebrow. PT mental status RT to possible drug use makes difficult to assess for possible TBI. PT carried to stretcher and secured. PT very combative with crews but could not answer questions to a cleared capacity to rule out TBI. PT transported with LE and EMS to Advent ER unable to optain VS on PT due to cooperation. PT unloaded from Unit placed into Trauma B. Care and report gibed to ER RN."

On January 13, 2022, around the time of 1745 Det. Jordan was able to contact Murry. Murry agreed to a telephonic interview of her recollection of the event on September 03, 2021. Murry was asked by Det. Jordan what she could remember of the night in question while responding to the call for service. Murray stated she remember a male subject being "wild" **Investigators note: Wild is common jargon for very intoxicated** and trying to fight with EMS workers. Murry stated the male subject attempted to hurt EMS workers. Murray stated she remembered the male subject needing stitches. The male subject described by Murry, for the purpose of this interview will be referred to as Buttery for clarity. Det. Jordan specifically asked Murray if any Law enforcement while on scene did anything that seemed out of conduct. Murray stated no officers present did anything wrong, they were trying to protect EMS workers. Murray stated she did not see and law enforcement officer punch, kick, use a baton, or tase anyone while she was there. Murray stated there was taser prongs in Buttery but dude to his intoxication levels and animations his foot got hung on the wires and jerked it out. Murry stated she was told Buttery and the owner of the Game Room had been fighting beforehand. Murray explained she specifically remembers a pool stick being involved but does not remember if anyone was hit with it. Murray advised the owner of the

| Page 7 of 12 | Incident Number: 22-MPD-004 | Agency ORI: 0260100 | Badge #: 106 |
|---|---|---|---|

**CALL RESPONSE RUN REPORT**
**COMMONWEALTH OF KENTUCKY**

Game room, (Benjamin Brumley) was walking around the scene upon her arrival and did not appear to be hurt. Murry explained that Brumley was walking around with the Law Enforcement and compliant at that time.

Det. Jordan contacted Cochran via telephone, who unbeknownst to Det. Jordan was present with Murry during her telephonic interview. Cochran advised Det. Jordan he completely agreed with what Murry had explained to Det. Jordan. Det. Jordan asked Cochran if there was anything he would add, change, or takeaway from the interview given by Murry to which Cochran advised no.

## VIDEO REVIEW

Det. Jordan was provided with security footage from Brumley's Game Room on the night of September 03, 2021. The video is approximately 7.34 minutes long and depicts actions before law enforcement arrives, during law enforcement intervention, and video of after the scene is secure.

The video begins with Buttery displaying animated actions, walking from what will be labeled as the pool room into a secondary room that will be referred to as the game room. Once inside the game room Buttery is seen confronting Brumley and pushing him, all while Buttery is still displaying animated actions. These animated actions consist of Buttery moving suddenly, bending over multiple times, grabbing his legs, and swaying. This scene is labeled via the security camera to have happened around the time of 21:41 hours. It appears from the video a verbal argument is still on going between Brumley and Buttery, with Buttery walking over and grabbing a chair. Buttery makes the motion to attempt and throw the chair at Brumley, picking it up and slamming it back down. Buttery walks behind the game room counter and further confronts Brumley, who appears to be on the phone. Buttery is still displaying animated movements pointing and yelling at Brumley. During this time, a male subject identified as Lonnie Braden, walks into the pool room and retrieves a pool cue, and lays it back down. Buttery who is still in the game room continues to shout, point, and jump at Brumley. An white male, UFN ULN, is present next to Buttery, Buttery leans forwards and grabs a hold of the unknown white males neck, after a few moments the unknown white male shoves Buttery off him. Buttery walks behind the counter of the game room where Brumley is standing. Buttery strikes Brumley with his right-hand multiple times causing Brumley to jump over the counter and grab a pool cue. A fight breaks out between Buttery and Brumley, with Brumley striking Buttery with the pool cue. Braden then grabs Buttery by the hair and drags Buttery and Brumley to

## CALL RESPONSE RUN REPORT
### COMMONWEALTH OF KENTUCKY

middle of the game room. Braden uses the pool cue to strike Buttery across the face, forehead, and back multiple times. During this point of the altercation Brumley and Buttery are partially off screen. Brumley appears to throw multiple strikes using his arms, its unknown due to the camera angle if these are open handed or closed fisted strikes. Braden returns to the pool room to retrieve another pool cue and walks into the game room. While in the game room Buttery gets free from Brumley, Brumley takes the pool cue from Braden and strikes Buttery with it while fleeing into the pool room. At this time MPD Officers Curry and Carr enter the pool room. The video shows Brumley facing Officer Curry with a pool cue in hand, loud verbal commands can also be heard over the audio of the security video. The video shows Brumley run away from Officer Curry and Officer Curry deploying his taser once Brumley is on the ground he attempts to get back up. Officer Curry then used his foot to push Brumley back down on the ground. The video shows, at this same time, Buttery walking towards Officer Curry, not responding to verbal commands. Officer Carr deployed his taser with success causing Buttery to fall. Buttery appears to be compliant at this point of the video. Brumley is hidden from the camera by an adjacent pool table. His actions are unknown to Det. Jordan currently in the video. KSP Trooper Peace has arrived on scene and first goes over to Officer Curry then onto Officer Carr. The video shows Officer Curry deliver more strikes to Brumley before kneeling and what appears to Det. Jordan from the video to place Brumley into Handcuffs. During apprehension of Brumley, Buttery becomes aggressive and non-compliant towards Officer Carr and Trooper Peace attempting lunging out of his resting position. The video shows Trooper Peace use his intermediate weapon to apply strikes to Buttery with Officer Carr appears to use his foot to roll Buttery over. Loud verbal commands of, "hands behind your back" can be heard via the audio of the security footage. The video appears to show Buttery attempting to grab the leg or foot of Trooper Peace, with Trooper Peace delivering multiple intermediate weapon strikes. Officer Carr stands up briefly and grabs the ankle (s) of Buttery as Buttery was moving forward. Buttery continues to craw forward entering the game room. At this time Det. Jordan notices Trooper Peace has deployed his taser as well. Officer Carr and Trooper Peace force Buttery down to his side with Buttery still actively resisting arrest. Buttery places his hand down underneath himself, rolls over, stands back up, and moves towards Trooper Peace. Trooper Peace uses his intermediate weapon to strike Buttery as he is moving forwards towards him. Officer Carr uses a high crotch takedown to put Buttery back on the floor as Officer Curry enters the game room. Officer Curry and Officer Carr use several hard empty hand techniques to strike as Buttery attempts to get back up. Loud verbal commands of, "Hands behind your back" can be heard again via the audio of the security footage. Trooper Peace attempts to gain control of Buttery's legs as Buttery places his hands underneath him and attempts to roll over. Officer Curry delivers multiple knee strikes to Buttery, Buttery

Page  9  of  12        Incident Number:  22-MPD-004        Agency ORI:  0260100        Badge #:  106

USA-00000017

**CALL RESPONSE RUN REPORT**
**COMMONWEALTH OF KENTUCKY**

then rolls back over to his stomach. Buttery is shown to still be actively resisting arrest by keeping his hands underneath him and failing to comply with verbal commands. Officer Carr forcefully gets Buttery's left arm free from underneath himself around the same time Officer Curry obtains control of Buttery's right arm. Officer Carr then places handcuffs on Buttery. CCSO Deputy Smith along with ride-a-long Ledford enter the pool room and game room as Trooper Peace and Officer Carr are restraining Buttery on the floor. The video is ended a short period later with no further incidents.

Det. Jordan turned this report of investigation over to the MPD Chief Chris Fultz for the Investigative findings section.

# CALL RESPONSE RUN REPORT
## COMMONWEALTH OF KENTUCKY

| PERSON SEQUENCE | PERSON TYPE | | | | | |
|---|---|---|---|---|---|---|
| 3 of 11 | Offender | | | | | |

| INVOLVED PERSON NAME: | CURRY, SHAWN | | | | PHONE: | 606-598-8411 |
|---|---|---|---|---|---|---|
| ADDRESS: | 595 CRAWFISH RD | | | | | |
| CITY: MANCHESTER | | STATE: KY | ZIP CODE: 40962 | | SSN: | Redacted |
| DATE OF BIRTH: Redacted/1988 | SEX: MALE | ETHNIC ORIGIN: NOT HISPANIC | | RACE: WHITE | | |

| PERSON SEQUENCE | PERSON TYPE |
|---|---|
| 4 of 11 | Offender |

| INVOLVED PERSON NAME: | CARR, DERICK W. | | | | PHONE: | 606-598-8411 |
|---|---|---|---|---|---|---|
| ADDRESS: | 10 WALNUT HILL DR | | | | | |
| CITY: MANCHESTER | | STATE: KY | ZIP CODE: 40962 | | SSN: | Redacted |
| DATE OF BIRTH: Redacted/1993 | SEX: MALE | ETHNIC ORIGIN: NOT HISPANIC | | RACE: WHITE | | |

| PERSON SEQUENCE | PERSON TYPE |
|---|---|
| 5 of 11 | Witness |

| INVOLVED PERSON NAME: | SMITH, JARED | | | PHONE: | Redacted |
|---|---|---|---|---|---|
| ADDRESS: | Redacted | | | | |
| CITY: MANCHESTER | | STATE: KY | ZIP CODE: 40962 | SSN: | |
| DATE OF BIRTH: Unknown | SEX: MALE | ETHNIC ORIGIN: NOT HISPANIC | RACE: WHITE | | |

| PERSON SEQUENCE | PERSON TYPE |
|---|---|
| 6 of 11 | Witness |

| INVOLVED PERSON NAME: | ARNOLD, KOTY | | | PHONE: | Redacted |
|---|---|---|---|---|---|
| ADDRESS: | Redacted | | | | |
| CITY: MANCHESTER | | STATE: KY | ZIP CODE: 40962 | SSN: | |
| DATE OF BIRTH: Unknown | SEX: MALE | ETHNIC ORIGIN: NOT HISPANIC | RACE: BLACK | | |

| PERSON SEQUENCE | PERSON TYPE |
|---|---|
| 7 of 11 | Witness |

| INVOLVED PERSON NAME: | JACKSON, RYAN | | | PHONE: | Redacted |
|---|---|---|---|---|---|
| ADDRESS: | Redacted | | | | |
| CITY: MANCHESTER | | STATE: KY | ZIP CODE: 40962 | SSN: | |
| DATE OF BIRTH: Unknown | SEX: MALE | ETHNIC ORIGIN: NOT HISPANIC | RACE: WHITE | | |

| PERSON SEQUENCE | PERSON TYPE |
|---|---|
| 8 of 11 | Other, Witness |

| INVOLVED PERSON NAME: | MURRY, BETHANY | | | PHONE: | Redacted |
|---|---|---|---|---|---|
| ADDRESS: | Redacted | | | | |
| CITY: MANCHESTER | | STATE: KY | ZIP CODE: 40962 | SSN: | |
| DATE OF BIRTH: Unknown | SEX: FEMALE | ETHNIC ORIGIN: NOT HISPANIC | RACE: WHITE | | |

| PERSON SEQUENCE | PERSON TYPE |
|---|---|
| 9 of 11 | Other, Witness |

| INVOLVED PERSON NAME: | COCHRAN, KEITH | | | PHONE: | Redacted |
|---|---|---|---|---|---|
| ADDRESS: | Redacted | | | | |
| CITY: MANCHESTER | | STATE: KY | ZIP CODE: 40962 | SSN: | |
| DATE OF BIRTH: Unknown | SEX: MALE | ETHNIC ORIGIN: NOT HISPANIC | RACE: WHITE | | |

# CALL RESPONSE RUN REPORT
## COMMONWEALTH OF KENTUCKY

| PERSON SEQUENCE | PERSON TYPE | | | | | |
|---|---|---|---|---|---|---|
| 10 of 11 | Other, Witness | | | | | |
| INVOLVED PERSON NAME: | LEDFORD, ETHAN | | | | PHONE: | Redacted |
| ADDRESS: | Redacted | | | | | |
| CITY: MANCHESTER | | | STATE: KY | ZIP CODE: 40962 | SSN: | |
| DATE OF BIRTH: Unknown | SEX: MALE | ETHNIC ORIGIN: NOT HISPANIC | RACE: WHITE | | | |

| PERSON SEQUENCE | PERSON TYPE |
|---|---|
| 11 of 11 | Other |
| INVOLVED PERSON NAME: COUCH, JEFF | PHONE: Redacted |
| ADDRESS: Redacted | |
| CITY: MANCHESTER — STATE: KY — ZIP CODE: 40962 — SSN: | |
| DATE OF BIRTH: Unknown — SEX: MALE — ETHNIC ORIGIN: NOT HISPANIC — RACE: WHITE | |

(Remaining person entry blocks on page are blank.)