Brandi Buckner
3835 White Oak Rd
London, KY 40741
brandibarnes81@gmail.com
(606)521-9978
November 23, 2024


Letter of Support for Shawn Curry

To whom it may concern,

My name is Brandi Buckner.  I am a flight paramedic for PHI Air Medical.  I am also employed at Ambulance Inc. Of Laurel County (AILC) as a Paramedic.  AILC is where I first met Shawn Curry approximately 11 years ago.  Shawn was employed as an EMT at the time.  Shawn and I were on the same shift for many years during our employment at AILC.  As full-time crew members (EMT's and Paramedics), we worked 24-hour shifts.  We were on a 24/48 rotating schedule.  This basically meant we spent more time together as a shift than we did at home.  Luckily my husband also worked at AILC on the same shift as Shawn and me.  Shawn and my husband became best friends. Luckily, I also became best friends with Shawn's now wife Chasity.

Shawn has worked as a first responder the entire time I have known him.  Being a first responder is not easy.  We are always at the forefront of people's emergencies, accidents, tragedies, and worst days.  It can be emotionally, physically, and mentally exhausting.  You would never know the negatives of the job when talking to Shawn though.  He was always smiling and doing everything he could to make sure others around him were smiling.  Shawn would always receive compliments from his patients, their families, and the hospital staff because of his kindness, compassion, and bedside manner.  Shawn set the bar high when it came to being a good provider, employee, and friend.

Shawn eventually left AILC and became a police officer.  My husband and I were concerned about Shawn going into law enforcement because of the dangers associated with the job.  Neither of us wanted to even fathom something happening to our friend.  Our PTSD brains know the dangers out there and have seem too many tragedies to count.  We were scared, but since Shawn was happy, we were happy.

Shawn went to the academy and excelled.  Shawn also maintained his life at home.  Shawn is a great father.  He has two boys that he has Monday-Friday every week.  Most men have 50/50 custody, weekend visitation, or a few days a week.  I gained even more respect for Shawn when I saw how involved he was in being a good parent.  Shawn and his wife Chasity are also very involved with our children.  There has never been a Christmas, Thanksgiving, or birthday that's been missed.  In the summer, there are also many lake trips and fishing adventures that take place.  Our children love Shawn and Chasity like family.

I do not know all the circumstances that have led Shawn to be in the predicament that he is in, but I do know that Shawn is a good person who has spent over a decade serving his community and investing in his family and friends.  I know there must be a reasonable explanation for the events that have taken place.  I know that Shawn is a good person.  I know that Shawn's family doesn't deserve to lose him.  I know that my family doesn't deserve to lose him.

I am asking you to have mercy on my friend.  I am asking you to look at all aspects of Shawn Curry.  Not just the one unfortunate event that has led him to where he is today.  Shawn is loyal, kind, considerate, funny, generous, and loving.  Shawn would risk his life for a complete stranger.  Please don't take his life away from him.  We all deserve Grace.  I am begging you to have Grace for Shawn.

Thank you so much for allowing me to share my experiences and feelings with you.  I appreciate your time.  Best wishes.

Sincerely,

Brandi Buckner