11/25/24

To Whom It May Concern:

I am writing in support of Shawn Curry. I have known Shawn for decades in many different capacities such as friend, mentor, fire chief, and fellow citizen of the Manchester/Clay County area. Shawn is an individual who will do all he can to help anyone regardless of identity, status, situation, time of day, etc. Shawn does well currently as an EMT for Clay County EMS, served with Ambulance Inc. of Laurel County for several years, and serves with pride. Shawn served many years, well over a decade, as a volunteer fireman with the City of Manchester Fire Department, and Lockards Creek Fire Department. I have seen Shawn always act with compassion and concern for his fellow man. I do not give this letter of support lightly or without complete sincerity.

I have seen Shawn grow up over the years in our community. I have seen him mature into the adult he is today. I have recommended him for jobs which he given his all towards once he was given the jobs. Shawn is not a quitter and gives his all in everything that he does. I have witnessed him under great stress, pressure, and unfavorable situations. Shawn manages himself well and gets the job done to meet the needs of others. Shawn is dedicated to the safety and well-being of others in whatever capacity he is serving; the victim(s) involved are his top priority and concern.

Shawn has grown significantly as a person over the years. Shawn is a hard worker. Shawn has married a woman whom he loves dearly and works together with her to raise two sons. I have had the pleasure of watching him grow and raise his family while giving his very best to support them. I ask that you take these facts into consideration and accept my sincere words of recommendation and support of Shawn Curry.

Respectfully,

Charles Weaver