Homer Landon Weaver
105 Lucas Rd
Manchester KY, 40962
November 21, 2024

To Whom It May Concern,

I am writing this letter to express my support for Shawn Curry, a friend and colleague whom I have known for over 15 years. Our journey together began at the Manchester Fire Department, where we served as volunteer firefighters, and I've had the privilege of witnessing Shawn's unwavering dedication to his community firsthand.

At the Manchester Fire Department, Shawn was an integral part of the team, going above and beyond in every aspect of service. From ensuring the equipment was in top condition to responding to numerous emergencies, Shawn consistently put the needs of others before his own. Beyond emergency responses, he generously gave his time to support community festivals and events, always with a professional and respectful demeanor.

Later, Shawn and I served in leadership roles at the Lockards Creek Volunteer Fire Department. When we joined, the department was on the brink of shutting down, but Shawn's determination and countless volunteer hours played a pivotal role in reviving it. He took an active role in training new members, ensuring they were well-prepared for the challenges of the job. His leadership and commitment were instrumental in restoring the department's strength and reputation.

In addition to his fire service, I've observed Shawn's exceptional work as an EMT. One specific example stands out: my elderly grandmother, who often required EMS assistance, always requested Shawn due to his unparalleled kindness and professionalism. His compassionate approach left a lasting impression on her and many others he has helped.

Shawn is the epitome of a true professional—dedicated, hardworking, and selfless. He consistently gives 100% to every task he undertakes and is the kind of friend and colleague you can always rely on. Whether it's helping a

stranger in need or stepping up when no one else will, Shawn embodies the values of service, respect, and integrity.

I strongly support Shawn Curry in any endeavor he pursues, as I am confident he will bring the same level of commitment and excellence he has shown throughout his career. Please do not hesitate to contact me if you have any questions or need additional information.

Sincerely,
Homer Landon Weaver
Phone: (606)-599-6151