

**Clay Co. EMS**
115 Court Street
Manchester, Kentucky 40962
606-598-8413 – Business/Billing
606-598-1875 - Fax
clayems@msn.com

December 2, 2024

Federal Office of the Courts

To Whom It May Concern:

Re: Shawn K. Curry

Hello, my name is Rodney Wagers, and I am the EMS Director and also the Director of Clay Co. Emergency Management.

While we are aware that Mr. Curry has accepted a plea regarding his case: Mr. Curry continues employment with our agency in a multifaceted capacity. Mr. Curry has faithfully served our community for over 12 years as an EMT and has knowledge of multiple disciplines within emergency first responder services that is an asset to both our Emergency Medical Services as well as Emergency Management that I oversee.

I have personally known Mr. Curry for 20 years. I have found over the course of both his employment as well as my personal knowledge of him outside of this service that if Mr. Curry tells you something he is a man of his word.

While I understand the charges he has admitted to, if I thought that Mr. Curry would harm any individual now or in the future, I would not continue to offer him employment – I truly feel this was a one-time incident.

My hope is that he will be able to continue employment in the future once this case is settled.

Please feel free to contact me if you have any questions.

Sincerely,

*Rodney Wagers*
Rodney Wagers
EMS Director

● Confidentiality Notice: This letter and any documents accompanying this fax may contain personal information subject to privacy regulations as the health insurance portability and accountability act of 1996 (HIPPA). This information is intended only for the use of the authorized individual named above. Such authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulations and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosures, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you received this information in error, please notify the sender immediately and arrange for the destruction of these documents.