To the court,

I have had the pleasure of the acquaintance of Shawn Curry for over a decade. In my time with Clay County EMS I have witnessed his bravery, selflessness and sacrifice many times. Shawn is a man of integrity and many days I have had to trust my life with him. Shawn has proven to be a great asset to myself and the community I love. On numerous occasions I have seen Shawn risk his life without hesitation to assist those in need and dying. Ive seen him struggle with anguish as patients succumbed to their injuries and illnesses. Shawn has been a comforter to the weak and a crutch for the weary. A simple task such as holding the hand of a sick man or buying groceries for a family in need often go without praise. I cannot express my admiration and gratitude for Shawn enough. He has been a friend in my best days and a light in my darkest. I ask you to consider that this man, this husband and father has been a huge positive force in his roles in Clay County. Shawn will always be like family to me. I know my words are not enough to express my gratitude and admiration for Shawn. I thank God that he has allowed me to serve with a man so giving and compassionate. Thank you for allowing me to share with you the Shawn Curry that we all love and appreciate.

Sincerely,
Danny Wayne Allen
1 (606) 594-3770