To Whom it may concern,

Over the last 12 years as a Flight Paramedic in Clay county, I have had the pleasure of knowing Shawn Curry.

Shawn has always been a positive influence in so many negative situations.  Whenever I am responding to call and hear Shawns voice on other end of the radio I know the patients are in good hands. I have witnessed Shawn placing himself between danger and a patient many times. I have witnessed is comforting ways with the elderly.

I have come to know Shawn on a personal level as well. He has been a blessing to my family in so many ways. Shawns smile is infectious and his generosity is unrivaled. Seeing shawn with his family is a testament to how great a man can be. I am not a trusting man, but I trust Shawn with all that I have including my safety and family. I ask that you not impede his ability to be a valuable servant and resource to such a community in need. Thank you for allowing my words to describe this selfless and humble man.

With great appreciation,

Eric B Shepard