Trent Baker
2815 North Highway 421
Manchester, Kentucky 40962
(606) 594-5019

To Whom It May Concern:

I'm writing you this letter as a character witness for someone I'm honored in calling my best friend Shawn Curry. I've known Shawn for the better part of 20 years, I've had the privilege of working alongside Shawn while he has selflessness dedicated his life for the better of our community as a Husband, Father and First Responder. I have been through the times when Shawn was growing up as a teenage while he became a volunteer firefighter, working with EMS and I worked alongside him while he was employed with the Clay County Sheriff Office.

Shawn is a Husband, son and a father to 2 boys. I have seen him over the years raise these boys to the best of his ability working multiple jobs at one time to be able to provide for them when he didn't have them in his custody. Shawn became a father before I became one and I know when I had my daughters, he was someone I wanted to mimic in the fatherhood role because he was always doing whatever he could to provide for his family and I wanted to be looked at as such when it came to that title. An amazing father.
My mother who has Mutiple Sclerosis seems to have always been needing some sort of medical help throughout our battle with this disease. I have called and requested Shawns crew with whoever he was working with to come to my aide when dealing with my mother because of his professional approach and making my mother comfortable while helping her. My father who is ill with Dementia only requests Shawn when something is going wrong with my mother because he shows compassion and professionalism toward my family and it's not because were friends it's because of who is as a person. I have witnessed his approach to multiple people in this manner and no one has ever complained of his mannerism.

While me and Shawn worked alongside each other at the Clay County Sheriff Office, Shawn was known for his grit and determination when he had a task in front of him no matter if it was the frequent flyer as some would say or someone who was deemed extremely dangerous. Shawn was always right there having your back, it's just a part of who he is. I have witnessed first hand of his unwavering commitment to upholding the law with integrity and professionalism. His ability to remain calm and composed under pressure is commendable, and he has earned the respect of both me and fellow colleagues and the community. He is a compassionate and empathetic individual who genuinely cares about the people he serves.

I hope this letter will shed some light on who Shawn is as a person and not let one mistake tarnish a individual's life. Everyone makes mistakes and this is what this incident is, a mistake. It doesn't dictate who Shawn is as a person and I hope with his other letters of

support it will show Shawn is not just our friend but we call him family and what type of person he is. Shawn has a family at home who rely on him to be a provider, friends who depend on him because of his understanding and non judgemental ways and a community that he still serves with questions that is asked to him in public or private. He was not alone in this situation but being targeted alone which is unfair and unjust. I ask that you take this letter into consideration during sentencing, thank you for your time and thank you for reading this.

Trent Baker