MSean B. Hacker

2212 HWY 2003

McKee KY, 40447

November 30, 2024

To whom it may concern,

Upon reading this letter I would ask such readers to look past formal rhetoric, as the person (Mr. Curry) in relation to this writing must be explained on many levels deeper than sole professionalism. I met Mr. Curry around 2 years ago. Within such time, he has grown to be a close friend, colleague, as well as a role model.

While most people see Mr. Curry based on his credentials within first response, the titles he bares does not describe him as a man. Upon being around Mr. Curry I was blown away at his love for his community. Everywhere we went he always seemed to have a smile or a passive joke, brightening the day of many within his path. Being a father, he always seemed to stop to give children a small amount of attention; countless smiles, high fives, and his gentleness of profession has left numerous children walking away with a since of pride knowing someone in a position of authority cared about them.

Although Mr. Curry was my colleague at Clay County EMS, over the course of a few months he became a close friend. From work to personal life, he carries the same values throughout. He is someone that has helped me in various aspects of my life. A true friend that puts others before himself. In my observation; to his community he gave his best effort to treat everyone with respect, his wife and children are taken care of and cherished above all else, and to me he is someone I'd look to for advice or a smile in rough patches of life.

My apologies within this letter, as the format does not uphold the structural standard accepted within such writings, however, my support is not for Mr. Curry solely as a Manchester City Police Officer or a Clay County EMS; EMT. I support Mr. Curry as a person and all he embodies as a human being.

Sincerely,

Sean B Hacker

(606)-670-0147