Dorothy Sizemore
City Council Member of Manchester KY
114 Wayne Street – Manchester, KY 40962
(606)598-3940
dotjeree@prtcnet.org

To Whom It May Concern:

I am writing to you in my capacity as City Council Member of the Manchester, KY City Council to advocate for Shawn Curry who was a former City of Manchester Police Officer. I have known Shawn's aunt, who is a friend and a member of my prayer group, and his family for numerous years. Shawn served as a City Police Officer for several years. It is an honor to vouch for his character and integrity in my time knowing him. Shawn has always displayed qualities of honesty, integrity, and responsibility, both as a police officer and in his personal endeavors. He loved serving and protecting his community.

In addition to the aforementioned qualities, Shawn has been actively involved in our local fire department and was a Clay County Sheriff's Deputy prior to becoming a city police officer. Currently, Shawn provides his heroic services by working for the Clay County EMS department. His commitment to protecting, his community service, and his pride for our small town is a testament to his sense of duty and compassion toward others. Furthermore, Shawn possesses kindness and willingness to lend a helping hand. Shawn's mother, who I know personally, loves and adores her son and has spoke to me on several occasions about what wonderful, caring, and helpful person he is.

I believe that Shawn's character is exemplary and makes him deserving of your consideration. Please feel free to contact me at the number or email address listed above should you require any further information or clarification.

Thank you for your time and consideration.

Sincerely,

Dorothy Sizemore