11-29-24

To Whom it may concern:

    I am James Ed Garrison, former mayor of the City of Manchester. During my term as mayor, I hired Mr. Shawn Curry as a Manchester City Police Officer. During his employment under me there was never an issue with Mr.Curry during my time as Mayor. I have always thought of Shawn as an upstanding guy with no complaints and always did what was asked of him in a professional manner. If I were to be ask to hire Mr. Curry today for a position for anything, I would not hesitate.

Thank you,
James Ed Garrison
606-594-3391