

**COMMONWEALTH OF KENTUCKY**
**OFFICE OF CIRCUIT COURT CLERK**
CLAY COUNTY JUSTICE CENTER
316 MAIN STREET, SUITE 108
MANCHESTER, KENTUCKY 40962
Phone 606-598-3663   Fax 606-598-4047
LesliePhillips@kycourts.net

LESLIE PHILLIPS
CIRCUIT COURT CLERK

CLAY CIRCUIT COURT
CLAY DISTRICT COURT

Leslie Phillips

Clay Circuit Court Clerk

316 Main Street

Manchester, Ky 40962

To Whom It May Concern,

I have observed Shawn Curry in our Court System as a Bailiff and have never saw anything but a complete professional. While employed with the Clay County Sheriffs Office he was in our office setting daily and with my Deputy Clerks routinely in Court. I consider him an example of professionalism and he also was very respectful and hard working. He was an excellent Bailiff and we considered our selves blessed to have him at the Courthouse.

Sincerely,

Leslie Phillips

Clay Circuit Court Clerk